PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ERIC XU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ERIC XU, ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr-S-08-394 EJG <br><br> STIPULATION AND ORDER CONTINUING STATUS HEARING |

    Defendant, ERIC XU through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN TAYLOR, stipulate and agree to the following:

    1. The presently scheduled date of October 10, 2008 for Status Hearing shall be vacated and said Hearing be rescheduled for November 14, 2008 at 10:00 a.m..

    2. Defendant and the Government are currently in the process of providing discovery, each to the other side in anticipation of settlement and, therefore, additional time is required for counsel to prepare.

    3. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and defense counsel's preparation (to allow sufficient time to review the

anticipated discovery and plea agreement with the defendant).

IT IS SO STIPULATED.

Dated:  October 7, 2008                    /s/ ROBIN TAYLOR
                                               Assistant U.S. Attorney
                                               for the Government


Dated:  October 7,  2008                   /s/   PETER KMETO
                                               Attorney for Defendant
                                               ERIC XU

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until November 14th, 2008 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: 10/9/08                              /s/ Edward J. Garcia
                                               EDWARD J. GARCIA
                                               United States District Judge