PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ERIC XU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-08-394 EJG |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| ERIC XU, | ) | |
| Defendant. | ) | |

Defendant, ERIC XU through his attorney, PETER KMETO, and the United

States of America, through its counsel of record, ROBIN TAYLOR, stipulate and

agree to the following:

1. The presently scheduled date of May 1, 2009 for Status Hearing shall be

vacated and said Hearing be rescheduled for June 5, 2009 at 10:00 a.m..

2. Defendant and the Government are continue in the process of providing

discovery, each to the other side in anticipation of settlement and, therefore,

additional time is required  for counsel to prepare.

3. A Mandarin interpreter has been scheduled for this date.

4. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and

defense counsel's preparation (to allow sufficient time to review the

1   anticipated discovery and plea agreement with the defendant).

2

3   IT IS SO STIPULATED.

4   Dated:   April 29, 2009                    /s/ ROBIN TAYLOR
                                               Assistant U.S. Attorney
5                                              for the Government

6

7
    Dated:   April 29, 2009                    /s/   PETER KMETO
8                                              Attorney for Defendant
                                               ERIC XU
9

10                                    ORDER

11          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

12  ordered that the hearing for STATUS HEARING be continued as set forth above.

13          The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

14  and Local Rule T-4 until June 5, 2009 for continuity of defense counsel and time to

15  permit defense counsel to prepare and properly advise his client.

16

17
    DATED:   April 29, 2009                    /s/ Edward J. Garcia
18                                             EDWARD J. GARCIA
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28                                    - 2 -