1  PETER KMETO
   Attorney at Law
2  State Bar No. 78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916) 444-7420; FAX: (916) 441-6714
4
   Attorney for: ERIC XU
5

6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )    No. Cr-S-08-394 EJG
                                    )
10              Plaintiff,          )
                                    )    STIPULATION AND ORDER
11        vs.                       )    CONTINUING STATUS
                                    )    HEARING
12                                  )
   ERIC XU,                         )
13                                  )
                Defendant.          )
14 _____ )

15        Defendant, ERIC XU through his attorney, PETER KMETO, and the United

16 States of America, through its counsel of record, ROBIN TAYLOR, stipulate and

17 agree to the following:

18        1. The presently scheduled date of August 28, 2009 for Status Hearing shall

19        be vacated and said Hearing be rescheduled for October 2, 2009 at 10:00

20        a.m..

21        2. Defendant and the Government  continue in the process of providing

22        discovery, each to the other side in anticipation of settlement and, therefore,

23        additional time is required  for counsel to prepare.

24        3. A Mandarin interpreter has been scheduled for this date.

25        4. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. §

26        3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and

27

28                                    - 1 -

1    defense counsel's preparation (to allow sufficient time to review the

2    anticipated discovery and plea agreement with the defendant).

3

4    IT IS SO STIPULATED.

5    Dated:   August 25, 2009                    /s/ ROBIN TAYLOR
                                                 Assistant U.S. Attorney
6                                                for the Government

7

8
     Dated:   August 25, 2009                    /s/   PETER KMETO
9                                                Attorney for Defendant
                                                 ERIC XU
10

11                                    ORDER

12           UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

13   ordered that the hearing for STATUS HEARING be continued as set forth above.

14           The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A)

15   and Local Rule T-4 until October 2, 2009 for continuity of defense counsel and time

16   to permit defense counsel to prepare and properly advise his client.

17

18
     DATED: August 26, 2009                      /s Edward J. Garcia
19                                               EDWARD J. GARCIA
                                                 United States District Judge
20

21

22

23

24

25

26

27

28                                   - 2 -