PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ERIC XU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-08-394 EJG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS HEARING |
| ERIC XU, | |
| Defendant. | |

   Defendant, ERIC XU through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN TAYLOR, stipulate and agree to the following:

   1. The presently scheduled date of October 2, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for November 6, 2009 at 10:00 a.m..

   2. Defendant and the Government continue in the process of providing discovery, each to the other side in anticipation of settlement and, therefore, additional time is required for counsel to prepare.

   3. A Mandarin interpreter has been scheduled for this date.

   4. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and

defense counsel's preparation (to allow sufficient time to review the anticipated discovery and plea agreement with the defendant).

IT IS SO STIPULATED.

Dated: September 30, 2009  /s/ ROBIN TAYLOR
Assistant U.S. Attorney
for the Government


Dated: September 30, 2009  /s/ PETER KMETO
Attorney for Defendant
ERIC XU

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until November 6, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.

DATED: September 30, 2009  /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

- 2 -