PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ERIC XU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ERIC XU,<br><br>    Defendant. | No. Cr-S-08-394 EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING |

    Defendant, ERIC XU through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN TAYLOR, stipulate and agree to the following:

    1. The presently scheduled date of November 6, 2009 for Status Hearing shall be vacated and said Hearing be rescheduled for December 11, 2009 at 10:00 a.m..

    2. Defendant and the Government are finalizing the terms of the anticipated Plea Agreement.

    3. A Mandarin interpreter has been scheduled for this date.

    4. The Court may exclude Speedy Trial time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4, for both continuity of defense counsel and defense counsel's preparation (to allow sufficient time to review the

anticipated discovery and plea agreement with the defendant).

IT IS SO STIPULATED.

Dated:  November 3, 2009					/s/ ROBIN TAYLOR
								Assistant U.S. Attorney
								for the Government


Dated   November 3, 2009					/s/  PETER KMETO
								Attorney for Defendant
								ERIC XU


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for STATUS HEARING be continued as set forth above.

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Rule T-4 until December 11, 2009 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client.


DATED: November 4, 2009					/s/ Edward J. Garcia
								EDWARD J. GARCIA
								United States District Judge