1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2722

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:08-CR-00394-EJG
                                  )
12          Plaintiff,            )   PRELIMINARY ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14 ERIC XU,                       )
                                  )
15                                )
            Defendant.            )
16 _____)

17     Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Eric Xu, it is hereby

19 ORDERED, ADJUDGED, AND DECREED as follows:

20     1.  Pursuant to 18 U.S.C. § 2323(b)[1], defendant Eric Xu's

21 interest in the following property shall be condemned and forfeited

22 to the United States of America, to be disposed of according to law:

23          a.   Approximately 10 Chanel handbags,
            b.   Approximately 13 Coach duffel bags,
24          c.   Approximately 277 Coach bags,
            d.   Approximately 131 Coach wallets,

25

26 _____

27     1  As amended December 1, 2008, and includes legislation through Pub.L.
   110-460, approved December 23, 2008.  The Information and Plea Agreement contain
   reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been
28 amended.

                            1            Preliminary Order of Forfeiture

1          e.    Approximately 1 Dolce & Gabbana handbag,
           f.    Approximately 178 Gucci handbags,
2          g.    Approximately 81 Prada handbags, and
           h.    Approximately 13 Prada wallets.
3

4     2.   The above-listed property constitutes property used, in any

5  manner or part, to commit or to facilitate the commission of a

6  violation of 18 U.S.C. § 2320(a).  Pursuant to 18 U.S.C. §

7  2323(b)(2)(B), the Court shall order that any forfeited article or

8  component of an article bearing or consisting of a counterfeit mark

9  be destroyed or otherwise disposed of according to law.

10    3.   Pursuant to Rule 32.2(b), the Attorney General (or a

11  designee) shall be authorized to seize the above-listed property.

12  The aforementioned property shall be seized and held by the

13  Department of Homeland Security, U.S. Secret Service, in its secure

14  custody and control.

15    4.   a.   Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating

16  21 U.S.C. § 853(n), and Local Rule 171, the United States shall

17  publish notice of the order of forfeiture.  Notice of this Order and

18  notice of the Department of Homeland Security, U.S. Secret Service's

19  (or a designee's) intent to dispose of the property in such manner

20  as the Attorney General may direct shall be posted for at least 30

21  consecutive days on the official internet government forfeiture site

22  www.forfeiture.gov.  The United States may also, to the extent

23  practicable, provide direct written notice to any person known to

24  have alleged an interest in the property that is the subject of the

25  order of forfeiture as a substitute for published notice as to those

26  persons so notified.

27         b.   This notice shall state that any person, other than

28  the defendant, asserting a legal interest in the above-listed

Preliminary Order of Forfeiture

1  property, must file a petition with the Court within sixty (60) days

2  from the first day of publication of the Notice of Forfeiture posted

3  on the official government forfeiture site, or within thirty (30)

4  days from receipt of direct written notice, whichever is earlier.

5      5.  If a petition is timely filed, upon adjudication of all

6  third-party interests, if any, this Court will enter a Final

7  Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all

8  interests will be addressed.

9      SO ORDERED this 11th  day of     January        , 2010.

10

11                              /s/ Edward J. Garcia
                                EDWARD J. GARCIA
12                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture