PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: ERIC XU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ERIC XU,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　)<br>_____) | No. Cr-S-08-394 EJG<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING |

　　　Defendant, ERIC XU through his attorney, PETER KMETO, and the United States of America, through its counsel of record, ROBIN TAYLOR, stipulate and agree to the following:

　　　1. The presently scheduled date of March 5, 2010 for Judgement and Sentencing Hearing shall be vacated and said Hearing be rescheduled for March 19, 2010 at 10:00 a.m..

　　　2. The Government anticipates receipt of certain information which it is obliged to share with the Court pursuant to the Plea Agreement after the currently scheduled hearing date.

　　　3. A Mandarin interpreter has been scheduled for this date.

IT IS SO STIPULATED.

- 1 -

Dated:  March 4, 2010                    /s/ ROBIN TAYLOR
                                         Assistant U.S. Attorney
                                         for the Government


Dated   March 4, 2010                    /s/   PETER KMETO
                                         Attorney for Defendant
                                         ERIC XU


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the hearing for JUDGMENT AND SENTENCING be continued as set forth above.

DATED:  March 4, 2010                    /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Judge