BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   2:08-CR-00394-EJG
                           )
        Plaintiff,         )   FINAL ORDER OF FORFEITURE
                           )
    v.                     )
                           )
ERIC XU,                   )
                           )
        Defendant.         )
_____)

   WHEREAS, on January 13, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between plaintiff and defendant Eric Xu forfeiting to the United States the following property:

    a. Approximately 10 Chanel handbags,
    b. Approximately 13 Coach duffel bags,
    c. Approximately 277 Coach bags,
    d. Approximately 131 Coach wallets,
    e. Approximately 1 Dolce & Gabbana handbag,
    f. Approximately 178 Gucci handbags,
    g. Approximately 81 Prada handbags, and
    h. Approximately 13 Prada wallets.

   AND WHEREAS, beginning on January 23, 2010, for at least 30 consecutive days, the United States published notice of the

Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Eric Xu.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The Department of Homeland Security, U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 6th day of May, 2010.

       /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge