# RECOMMENDATION TERMINATING PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:08CR00394-01 |
| ) | |
| ERIC XU ) | |
| ) | |

**FILED**
APR 2 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## LEGAL HISTORY:

On March 19, 2010, the above-named was placed on probation for a period of three years. Special conditions included a requirement for Mr. Xu to submit to search of his person, property, home, and vehicle by a United States Probation Officer and to provide the probation officer with access to any requested financial information.

The Court also ordered Mr. Xu to pay a $100 special assessment and a fine of $2,000; both were satisfied in full on April 4, 2010,

## SUMMARY OF COMPLIANCE:

Eric Xu has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Eric Xu has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**

Re: **Enexo**
**Docket Number: 2:08CR00394-01**
**RECOMMENDATION TERMINATING**
<u>**PROBATION PRIOR TO EXPIRATION DATE**</u>

Dated: April 15, 2011
Modesto, California
PRH/lr

**REVIEWED BY:** <u>/s/ Deborah A. Spencer</u>
**Deborah A. Spencer**
**Supervising United States Probation Officer**

cc: AUSA Robyn Taylor (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:08CR00394-01** |
| ) | |
| **Eric XU** ) | |
| ) | |

On March 19, 2010, the above-named was placed on probation for a period of three years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.
**Phil R. Hendley, Jr.**
**United States Probation Officer**

Dated: April 22, 2011
Modesto, California
PRH/lr

**REVIEWED BY:** /s/ Deborah A. Spencer
**Deborah A. Spencer**
**Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that Eric Xu be discharged from probation, and that the proceedings in the case be terminated.

4/22/11 _____
**Date** **Honorable Edward J. Garcia**
**Senior United States District Judge**

Attachment: Recommendation
cc: United States Attorney's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG